Rochelle Gray
3900 Business Center Drive #7101
Fairfield, CA  94534
(707) 646 2824

Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

**C17- 3973**

| | |
|---|---|
| ROCHELLE GRAY, | ) |
| | ) "Mixed Case" EEO Complaint No. 200P-0640-201690091 |
| Plaintiff | ) COMPLAINT |
| vs. | ) DEMAND FOR JURY TRAIL |
| Dr. David J. Shulkin,<br>Secretary of Veterans Affairs | ) |
| Defendant | ) |

1. Jurisdiction.  This court has jurisdiction over this complaint because it arises under the laws of the United States.

2. Venue.  Venue is appropriate in this court because the defendant resides in this district, and a substantial amount of the acts and omissions giving rise to this lawsuit occurred in this district.

3. Intradistrict  Assignment.  This lawsuit should be assigned to the San Francisco/Oakland Division of this court because a substantial part of the events or omissions which give rise to this lawsuit occurred in Santa Clara County and I resided in Alameda County at the time of occurrence.

4.   Plaintiff, Rochelle Gray , registered clinical pharmacist

   Defendant, Dr. David J. Shulkin, Secretary of Veterans Affairs

Statement of Facts:  I was discriminated against based on race (African American), color (Black) or age on August 4, 2016 when I was issued a Notice of Removal from my position of Clinical Pharmacist due to the claim that I failed to meet the standards of a Performance Improvement Plan

"COMPLAINT"                                                                                                           Page 1

between March 30, 2016 through May 26, 2016, and fired from position effective August 19, 2016.

5. Claims: Discrimination, wrongful termination; lost income as a clinical pharmacist, resulting in a decrease in my standard of living and denied the right to practice pharmacy as VA employee.

6. Request for relief:  To be made whole again, by reinstatement to same clinical pharmacist position at Menlo Park campus with backpay and all other benefits lost due to removal from employment.  Remove all negative documents from all my personnel files and other records kept by the government concerning my removal from government employment.  Pay all of my lawyer's fees related to this case.

7. I am requesting jury trial.

*Rochelle Gray*

Rochelle Gray



**DEPARTMENT OF VETERANS AFFAIRS**
OFFICE OF RESOLUTION MANAGEMENT
11301 Wilshire Boulevard
Building 220, 2nd Floor
Los Angeles, CA 90073

In reply refer to: 08H

February 27, 2017

VIA: regular mail

Rochelle Gray
3900 Business Center Dr.
Fairfield, CA 94534

**SUBJECT: Notice of Acceptance of your "Mixed Case" EEO Complaint No. 200P-0640-2016900091, Filed January 11, 2017** against officials of the VA Palo Alto Healthcare System, at their facility in Menlo Park, California

1.  On September 27, 2016 you initiated contact with an EEO Counselor. Counseling concluded on December 23, 2016, when you were mailed, via United Parcel Service, the Notice of Right to File a Discrimination Complaint, which you received on December 30, 2016.  On January 11, 2017, you filed a timely formal complaint of discrimination, VA Form 4939.

2. Your complaint of discrimination raises the following claim:

> **Whether complainant was discriminated against based on race (African American), color (Black) or age when on August 4, 2016, she was issued a Notice of Removal from her Hybrid Title 38 position of Clinical Pharmacist, due to failing to meet the standards of a Performance Improvement Plan between March 30, 2016 through May 26, 2016, and the removal was effective August 19, 2016.**

We have determined that the claim stated above meets procedural requirements, and is therefore **ACCEPTED** for investigation and further processing.

3.  If you believe that the accepted **claim is** improperly formulated, incomplete, or incorrect, you must notify this office within **7 calendar days** of receipt of this letter, in writing, by mail or fax, stating your disagreement.  Your statement will be included as part of the official record in the complaint file.  If you do not contact this office within **7 calendar days**, it will be assumed that the claim is correctly stated.

4.  The accepted claim will be assigned to an impartial investigator under the supervision of the Office of Resolution Management (ORM). The investigator will contact you directly in order to obtain information or evidence you may wish to offer.  The investigation and final agency decision must be completed within 120 calendar days of the filing of your complaint.  You will be provided a copy of the investigative file upon completion.  At that time, you will be advised in writing that

Page 2
Notice of Acceptance
Rochelle Gray
200P-0640-2016900091

that the file will be transmitted to the Office of Employment Discrimination Complaint Adjudication (OEDCA) for a Final Agency Decision (FAD). The FAD will be issued within 45 calendar days of your receipt of the investigative file. OEDCA will advise you of its decision and of your right to appeal the FAD, within **30 calendar days** of your receipt, to the U.S. Merit Systems Protection Board (MSPB).

5. If you do not receive a FAD on your complaint within 120 calendar days of the date you filed your formal complaint of discrimination, you have the right to file an appeal with the U.S. Merit Systems Protection Board (MSPB) without waiting further, or you may file a civil action, but not both. You may not, however, file an appeal before the 121st day, unless you receive a FAD on your complaint sooner. To file an appeal with MSPB, you must complete the enclosed "MSPB Appeal Form" and send it to:

> **Regional Director**
> **Merit Systems Protection Board**
> **201 Mission Street Suite 2310**
> **San Francisco, CA 94105-1831**

6. If you file a civil action, you must name **Dr. David J. Shulkin, Secretary of Veterans Affairs** as the defendant. Failure to provide the name and official title of the Secretary of the Department may result in dismissal of the case. If you do not have an attorney or are unable to afford one, the court may, in its discretion and upon your request, appoint an attorney to represent you. The court may also authorize the civil action to begin without payment of fees, costs, or security.

7. You must keep this office advised of any change of address. Failure to do so could lead to dismissal of your complaint. You must also immediately advise this office, in writing, of the name, address, and telephone number of any person you may choose to represent you. If you advise us of representation, all subsequent actions on your complaint will be delivered to your representative, with copies to you, unless you advise us in writing that you are no longer represented by that individual.

8. The Equal Employment Opportunity Commission (EEOC) encourages the use of Alternative Dispute Resolution (ADR) to resolve EEO complaints at the lowest possible level. Agencies and complainants can realize many advantages from using ADR. ADR offers the parties the opportunity for an early, informal resolution of disputes in a mutually satisfactory fashion. If you are interested in using mediation to address the issues raised in your complaint, please contact the ORM Case Manager listed below or the ADR Program Manager at (202) 501-2800.

CONFIDENTIAL DOCUMENT – GENERATED IN THE ORM COMPLAINT AUTOMATED TRACKING SYSTEM (CATS)

Page 3
Notice of Acceptance
Rochelle Gray
200P-0640-2016900091

9.  Our fax number is (310) 268-4089.  If you have any questions, please contact Brian Hemenway, EEO Case Manager, at brian.hemenway@va.gov.

Sincerely,

*Jonathan Shimkus*

for

Sophia Eaves
Pacific District Manager

Enclosure:    MSPB Appeal Form

cc:    Facility Director and Facility EEO Program Manager

CONFIDENTIAL DOCUMENT – GENERATED IN THE ORM COMPLAINT AUTOMATED TRACKING SYSTEM (CATS)