United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROCHELLE GRAY,<br>        Plaintiff,<br>v.<br>DAVID J. SHULKIN,<br>        Defendant. | Case No. 17-cv-03973-HSG<br>**ORDER DENYING DEFENDANT'S ADMINISTRATIVE MOTION**<br>Re: Dkt. No. 32 |

Having considered the motion and supporting declaration, the Court **DENIES** Defendant's administrative motion to continue the case management conference scheduled for January 23, 2018, at 2:00 p.m. *See* Dkt. No. 32.

**IT IS SO ORDERED.**

Dated: 1/22/2018

_____
HAYWOOD S. GILLIAM, JR.
United States District Judge