UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROCHELLE GRAY,<br><br>    Plaintiff,<br><br>v.<br><br>DAVID J. SHULKIN,<br><br>    Defendant. | Case No. 17-cv-03973-HSG<br><br>**AMENDED ORDER OF REFERENCE TO MAGISTRATE JUDGE FOR SETTLEMENT**<br><br>Re: Dkt. No. 33 |

Pursuant to Local Rule 72-1, this matter is referred to a Magistrate Judge for settlement within 90 days, subject to the assigned Magistrate Judge's availability. The parties will be advised of the date, time and place of the next appearance by notice from the assigned Magistrate Judge. Counsel shall follow any standing orders or other instructions given by the assigned Magistrate Judge.

**IT IS SO ORDERED.**

Dated: 1/25/2018

                                                  _____
                                                HAYWOOD S. GILLIAM, JR.
                                                United States District Judge