1  ROCHELLE GRAY, *Pro Se*
   3900 Business Center Dr., #7101
2  Fairfield, California 94534
   Phone: (707) 646-2824
3  Facsimile: (707) 646-2824

4  ALEX G. TSE (CABN 152348)
   Acting United States Attorney
5  SARA WINSLOW (DCBN 457643)
   Chief, Civil Division
6  ANN MARIE REDING (CABN 226864)
   Assistant United States Attorney
7      1301 Clay Street, Suite 340S
       Oakland, California 94612
8      Telephone: (510) 788-3508
       Facsimile: (510) 637-3724
9      E-mail: annie.reding@usdoj.gov

Attorneys for the Defendant DAVID J. SHULKIN,
SECRETARY OF VETERANS AFFAIRS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| ROCHELLE GRAY,<br><br>    Plaintiff,<br><br>v.<br><br>DAVID J. SHULKIN, Secretary of Veterans Affairs,<br><br>    Defendant. | CASE NO. 17-CV-03973 HSG<br><br>**STIPULATION AND SCHEDULING ORDER**<br><br>District Judge Haywood S. Gilliam, Jr. |

Rochelle Gray, *pro se*, and Defendant David J. Shulkin, Secretary of Veterans Affairs, by and through his counsel, hereby stipulate to the following proposed scheduling order:

**PRETRIAL AND TRIAL DATES**

Fact Discovery Cut-Off: June 22, 2018

Expert Witness Disclosures and Reports Provided: July 6, 2018

Rebuttal Expert Disclosures and Reports Provided: July 20, 2018

Close of Expert Discovery: August 17, 2018

Last Day for Filing Dispositive Motions: September 6, 2018

Deadline for Hearing Dispositive Motions: October 11, 2018, 2:00 p.m.

Pretrial Conference: November 27, 2018, 3:00 p.m.

Trial: December 17, 2018

**TRIAL LENGTH**

The parties further agree and stipulate that, should this case go to trial, this will be a three-day to five-day trial.

Respectfully submitted

Dated: January ___, 2018         By: _____
ROCHELLE GRAY
*Pro Se*

Respectfully submitted

ALEX G. TSE
Acting United States Attorney

Dated: January 30, 2018         By: */s/ Ann Marie Reding*
ANN MARIE REDING
Assistant United States Attorney

**IT IS SO ORDERED.**

DATED: January 31, 2018

HON. HAYWOOD S. GILLIAM, JR.
United States District Judge

SCHEDULING ORDER
17-CV-03973 HSG