UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROCHELLE GRAY,<br><br>    Plaintiff,<br><br>v.<br><br>DAVID J. SHULKIN,<br><br>    Defendant. | Case No. 17-cv-03973-HSG<br><br>**ORDER GRANTING ADMINISTRATIVE MOTION TO EXTEND FACT DISCOVERY**<br><br>Re: Dkt. No. 55 |

Having reviewed Defendant's June 22, 2018 motion, Dkt. No. 55, and understanding that Plaintiff has agreed to Defendant's request for an additional deposition of Plaintiff, *see* Dkt. No. 61, the Court hereby **GRANTS** Defendant's request to extend the fact discovery cutoff for the sole purpose of completing a one-hour deposition of Plaintiff on the subject of her claim for emotional distress damages. Defendant will take the deposition within sixty days from the previous June 22, 2018 deadline. All other previously-ordered deadlines remain in place.

**IT IS SO ORDERED.**

Dated: July 27, 2018

_____
HAYWOOD S. GILLIAM, JR.
United States District Judge