UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROCHELLE GRAY,<br><br>    Plaintiff,<br><br>v.<br><br>DAVID J. SHULKIN,<br><br>    Defendant. | Case No. 17-cv-03973-HSG<br><br>**ORDER AMENDING CASE SCHEDULE** |

Good cause appearing, the dispositive motion hearing deadline is continued to November 1, 2018. This order does not alter any other dates originally set by the Court in Docket Number 41.

**IT IS SO ORDERED.**

Dated: 9/10/2018

_____
HAYWOOD S. GILLIAM, JR.
United States District Judge