**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| KIP SIDES,<br><br>Plaintiff,<br><br>v.<br><br>CISCO SYSTEMS, INC. WELFARE BENEFIT PLAN, and METROPOLITAN LIFE INSURANCE COMPANY,<br><br>Defendants. | Case No. 4:18-cv-01392-HSG<br><br>**ORDER GRANTING JOINT MOTION FOR DISMISSAL WITH PREJUDICE** |

Pursuant to the parties' joint motion, this matter is hereby dismissed with prejudice pursuant to Fed. R. Civ. P. 41(a)(1), with each party to bear its own costs of suit and attorneys' fees.

IT IS SO ORDERED.

DATED: September 14, 2018

Haywood S. Gilliam, Jr.

Honorable Haywood Gilliam Jr.
United States District Judge