ALEX G. TSE (CABN 152348)
United States Attorney
SARA WINSLOW (DCBN 457643)
Chief, Civil Division
PAMELA T. JOHANN (CABN 145558)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36045
    San Francisco, California 94102
    Telephone (415) 436-7025
    Fax (415) 436-7234
    Pamela.Johann@usdoj.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| ROCHELLE GRAY, | No. 17-cv-03973-HSG |
| Plaintiff, | **STIPULATION AND ORDER RE BRIEFING SCHEDULE FOR MOTION FOR SUMMARY JUDGMENT** |
| v. | |
| ROBERT WILKIE, | |
| Defendant. | |

Pursuant to Local Rule 6-1(b), Plaintifff Rochelle Gray, *pro se*, and Defendant Robert Wilkie by and through his counsel, hereby stipulate to modify the briefing schedule for Defendant's Motion for Summary Judgment, ECF No. 70, as follows:

WHEREAS, Defendant filed a Motion for Summary Judgment on September 6, 2018 and noticed the motion for a hearing on October 11, 2018 at 2:00 p.m., pursuant to the Court's January 31, 2018 Scheduling Order, ECF No. 41; and

WHEREAS, Plaintiff Rochelle Gray's Opposition to the Motion to Dismiss is currently due on September 20, 2018; and

WHEREAS, Defendant's Reply is currently due on September 27, 2018; and

WHEREAS, the Court issued an Order amending the case schedule and continuing the

STIPULATION AND ORDER      1
17-cv-03973 HSG

dispositive motion hearing deadline until November 1, 2018, ECF No. 81, and the hearing on Defendant's Motion for Summary Judgment was rescheduled for November 1, 2018, ECF No. 77; and

WHEREAS, the parties have agreed to extend the briefing schedule to allow Plaintiff additional time to prepare her Opposition papers and to adjust the deadline for the Reply papers; and

WHEREAS, this Stipulation provides three weeks between the deadline for Defendant's Reply papers and the November 1, 2018 hearing date; now therefore,

IT IS HEREBY STIPULATED by the parties to the above-captioned action that:

1. Plaintiff's Opposition papers shall be due on October 4, 2018; and
2. Defendant's Reply papers shall be due on October 11, 2018.

IT IS SO STIPULATED.

DATED: September 14, 2018            Respectfully submitted,

                                     ALEX G. TSE
                                     United States Attorney

                                     */s/ Pamela T. Johann*
                                     PAMELA T. JOHANN
                                     Assistant United States Attorney

                                     Attorneys for Defendant


DATED: September 14, 2018            Respectfully submitted,


                                     ROCHELLE GRAY
                                     *Pro Se* Plaintiff


## CERTIFICATION

Pursuant to Civil Local Rule 5-1(i)(3), the filer of this document attests under penalty of perjury that Plaintiff has concurred in the filing of this document.

**ORDER**

Pursuant to stipulation of the parties and good cause appearing therefor, the briefing schedule for Defendant's Motion for Summary Judgment, ECF No. 70, is revised as follows: Plaintiff's Opposition papers shall be filed by October 4, 2018. Defendant's Reply papers shall be filed by October 11, 2018.

IT IS SO ORDERED.

DATED: September 14, 2018

HON. HAYWOOD S. GILLIAM, JR.
United States District Judge