UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROCHELLE GRAY,<br><br>    Plaintiff,<br><br>v.<br><br>DAVID J. SHULKIN,<br><br>    Defendant. | Case No. 17-cv-03973-HSG<br><br>**ORDER GRANTING ADMINISTRATIVE MOTION TO ESTABLISH BRIEFING SCHEDULE**<br><br>Re: Dkt. No. 93 |

On November 19, 2018, Defendant filed an Administrative Motion requesting that the Court set a briefing schedule regarding the supplemental declaration that Plaintiff Rochelle Gray submitted following the hearing on Defendant's motion for summary judgment, Dkt. No. 92. Dkt. No. 93. Having considered the papers, the Court hereby **GRANTS** the motion. Defendant shall file a response to Plaintiff's Rule 56(d) request by November 23, 2018. Any reply shall be filed by November 30, 2018.

**IT IS SO ORDERED.**

Dated: 11/20/2018

_____
HAYWOOD S. GILLIAM, JR.
United States District Judge